ORIGINAL

 FILED

SEP 0 5 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22-CR-83 |
| v. | § | Judge Jordan |
| | § | |
| JUAN DANIEL HUILA PILOZO (3) | § | |

## FACTUAL BASIS

The defendant, JUAN DANIEL HUILA PILOZO, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. That the defendant, JUAN DANIEL HUILA PILOZO, who is changing his plea to guilty, is the same person charged in the Indictment.

2. That JUAN DANIEL HUILA PILOZO and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, that is to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, while onboard a vessel subject to the jurisdiction of the United States.

3. That JUAN DANIEL HUILA PILOZO knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That JUAN DANIEL HUILA PILOZO knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

Factual Basis
Page 1

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.    I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: _7-7-2023_          X _HUILA PILOZO JUAN_
                                          JUAN DANIEL HUILA PILOZO
                                          Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: _7-7-2023_          _____
                                          TIM BROWN
                                          Attorney for the Defendant

Factual Basis
Page 2